UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In re:                                                     Case No. _____
     Marlin F. Rekow                             Chapter   7

          Debtor(s)

LEGAL CONTRACT AND COMPENSATION STATEMENT
OF ATTORNEY FOR THE DEBTOR(S)

1. The undersigned is the attorney for the Debtor(s) in this case.

2. The undersigned has provided the Debtor(s) with the Notice To Individual Consumer Debtor Under § 342(b) Of The Bankruptcy Code, reflecting the filing fees and court costs applicable to the Debtor(s)' bankruptcy filing. Additionally, the cost of filing a homestead deed, if applicable, is $21.

3. The services to be provided to the Debtor(s) in this case, include interviewing the Debtor(s) to review his financial background and discuss alternatives; preparing schedules and other bankruptcy forms and reviewing them with the Debtor(s); filing the bankruptcy case; if applicable, preparing the statement of intention and negotiating reaffirmation agreements with creditors; attending the creditors' meeting; miscellaneous conferences with creditors; and, if applicable, filing the homestead deed.

4. The total compensation promised the undersigned by the Debtor(s) for the services rendered or to be rendered in connection with this case is $5,000; the only compensation which has been received from the Debtor(s) or any other person on said account is $5,000; the balance due thereon is $0; and the source of compensation paid or promised, if a source other than the Debtor(s) is:

      Andrew Rekow

5. The undersigned further states that no understanding or agreement exists for a division of fees or compensation between the undersigned and any other person or entity, except any agreement he may have for the sharing of his compensation with a member or members or regular associate of his law firm and except:

      Not applicable

6. The Debtor(s) agree to pay $50 plus costs for each instance that amendments to his schedules and forms become necessary and to pay $325 per hour for representation in connection with any depositions pursuant to F.R.Bankr.P. 2004, any motions or other litigation including but not

1

limited to any adversary proceedings, such as discharge/dischargeability complaints, and contested matters, such as motions for relief from stay.  Additionally, the Debtor(s) understand that the undersigned's retention in this case does not include representation in any appeals, in any adversary proceedings, in any cases to which this case might be converted, or in any contested matters initiated by the Debtor(s), such as motions to redeem collateral, and that any such representation would require a separate retention agreement with the undersigned.


12/22/10                                             /s/Marlin F. Rekow
Date                                                 Marlin F. Rekow


12/22/10                                             /s/Steven B. Ramsdell
Date                                                 Attorney for Debtor(s)
                                                     Steven B. Ramsdell, VA Bar #33222
                                                     Tyler, Bartl, Ramsdell & Counts, P.L.C.
                                                     300 N. Washington St., Suite 202
                                                     Alexandria, VA 22314
                                                     (703) 549-5003