UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In re:                                      )
                                            )
MARLIN FRANCIS REKOW,                       )        Case No. 10-20624-SSM
                                            )        (Chapter 7)
          Debtor.            )
_____)
                                            )
SHEILA A. REKOW MENKINS                     )
                                            )
          Movant,                           )
v.                                          )
                                            )
MARLIN FRANCIS REKOW,                       )
                                            )
          Respondent.                       )
_____)

## <u>CONSENT ORDER</u>

UPON CONSIDERATION of the Motion For Relief From The Automatic Stay (the

"Motion") filed by Sheila A. Rekow Menkins (the "Movant") on February 16, 2011 against Marlin

F. Rekow (the "Debtor"); and it

APPEARING that the Chapter 7 Trustee Donald F. King has not filed any opposition or

other response to the Motion, and that the Movant and the Debtor have agreed to the terms of this

Consent Order as evidenced by the endorsement of their undersigned counsel; it is

ORDERED that the Motion be, and the same hereby is, granted; and it is further

ORDERED that the automatic stay of 11 U.S.C. § 362 be, and the same hereby is, lifted to

permit the Movant to file a Rule to Show Cause in the Circuit Court of Rappahannock County,

Virginia concerning her claim for domestic support obligations and, if upheld, for the collection of

such obligations from property that is not property of the estate; and it is further

ORDERED that pursuant to F.R.Bankr.P. 4001(a)(3), this Consent Order is stayed until the

expiration of 14 days after its entry.


Date: _____

_____
Stephen S. Mitchell
United States Bankruptcy Judge

Entered on Docket: _____

WE ASK FOR THIS:


/s/Madeline A. Trainor_____
Madeline A. Trainor, Esq., VA Bar #18531
         Counsel to the Movant
CYRON & MILLER LLP
100 N. Pitt St., Suite 200
Alexandria, VA 22314
(703) 299-0600


SEEN AND AGREED:


/s/Steven B. Ramsdell_____
Steven B. Ramsdell, VA Bar #33222
         Counsel to the Debtor
Tyler, Bartl, Ramsdell & Counts, P.L.C.
300 N. Washington St., Suite 202
Alexandria, VA 22314
(703) 549-5003


**CERTIFICATE OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)(1)**

I hereby certify that this Consent Order has been endorsed by all necessary parties.


/s/Steven B. Ramsdell
Steven B. Ramsdell