**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**(Alexandria Division)**

| | | |
|---|---|---|
| **In re:**   **Marlin Francis Reckow** | ) | **Bankruptcy No. 10-20624** |
|    **Debtor**    ) | | **Chapter 7** |

_____

| | |
|---|---|
| **AGRICREDIT ACCEPTANCE, LLC** | ) |
| | ) |
|    **Movant** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **MARLIN FRANCIS RECKOW** | ) |
| **DONALD F. KING, Trustee**    ) | |
|    **Respondents** | ) |

ORDER GRANTING RELIEF FROM STAY

Upon consideration and after hearing on the motion of Agricredit Acceptance, LLC, to modify the automatic stay imposed by U.S.C. §362 is modified to permit the movant and its successors and assigns to enforce its rights under its security agreement to lawfully repossess and liquidate certain personal property to wit:

Kioti DS4510 Tractor Serial No. JH6100209

Kioti KL402 Loader Serial No. ST90507389


DONE at Alexandria, Virginia, this _____ day of _____, 2011.


_____
United States Bankruptcy Judge


_____

Proponent of Order
Matthew D. Huebschman, Esq., VSB 44181
Of Counsel to Movant
P.O. Box 75
Roanoke, VA 24002-0075

I ask for this:

*/s/ Matthew D. Huebschman*
Matthew D. Huebschman, Esq. (VSB# 44181)
 Of Counsel to Plaintiff
SHENANDOAH LEGAL GROUP, P.C.
P.O. Box 75
Roanoke, VA  24002
(540) 344-4490

CERTIFICATE OF SERVICE AND ENDORSEMENT

I, Matthew D. Huebschman, Esq., certify that

[ x ]    Pursuant to L. R. 9022-1(C)(2) the proposed order has been served on all necessary parties by first class mail, postage prepaid this 17th day of May, 2011.

[  ]     Pursuant to L.R. 9022-1(C)(1) the proposed order has been endorsed by all necessary parties.

[  ]     Pursuant to L.R. 9022-1(E), all necessary parties have endorsed and consented to this Order.

*/s/ Matthew D. Huebschman*
Matthew D. Huebschman, Esq.

Copies to:

Matthew D. Huebschman
Post Office Box 75
Roanoke, VA 24002

Donald F. King, Trustee
9302 Lee Highway, Suite 1100
Fairfax, VA 22030

Steven B. Ramsdell, Esq.
30 N. Washington Street, Suite 202
Alexandria,  VA 22314

Copy Mailed to:

Marlin Francis Rekow
8298 Lock Ln
Warrenton, VA 20186-8451