# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| In re: * | |
| * | |
| **MARLIN FRANCIS REKOW** * | **Case No. 10-20624-BFK** |
| * | **Chapter 7** |
| Debtor. * | |

## ORDER AUTHORIZING EMPLOYMENT OF REAL ESTATE BROKER

The Court having considered the Application of the Trustee for the Debtor's estate to employ a real estate broker, and the Declaration of Ken Thurman, a real estate broker employed by Allison James Estates & Homes in support thereof, and

IT APPEARING that Ken Thurman and Allison James Estates & Homes, its members and employees, are disinterested parties and that the employment of Allison James Estates & Homes by the Applicant is in the best interest of this estate, it is therefore

ORDERED that Donald F. King, Trustee is authorized to employ Allison James Estates & Homes as the real estate broker for the sale of 64 Gordon Clan Lane, Huntly, Rappahannock County, VA.

DATED: _____
      Alexandria, VA

_____
**BRIAN F. KENNEY**
**United States Bankruptcy Judge**

Entered on docket: _____

2

**I ASK FOR THIS:**

*/s/ Donald F. King*
**Donald F. King, ESQUIRE**
**VSB No. 23125**
**Counsel to Trustee**
**ODIN, FELDMAN & PITTLEMAN, P.C.**
**9302 Lee Highway, Suite 1100**
**Fairfax, Virginia 22031**
**Direct:    (703) 218-2116**
**Fax:       (703) 218-2160**
**E-Mail:    donking@ofplaw.com**


SEEN AND NO OBJECTION:


*/s/ Joseph A. Guzinski*
Office of the U. S. Trustee
115 South Union Street
Alexandria, Virginia  22314

**PARTIES TO RECEIVE COPIES**

Counsel for Trustee – To be served electronically
Counsel for Debtor – To be served electronically

#1761872v1  10-20624  31070/00001

10-20624