UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| In re: | ) |
| | ) |
| Marlin Frances Rekow | ) Case No. 10-20624-SSM |
| | ) |
| Debtor | ) Chapter 7 |
| | ) |

**CONSENT MOTION FOR WITHDRAWAL OF COUNSEL FOR CREDITOR**

COME NOW Sheila A. Rekow Menkins and undersigned counsel, and they move this Court for the entry of an Order permitting the withdrawal of Madeline A. Trainor and the firm of CYRON & MILLER LLP as counsel for Sheila A. Rekow Menkins. The Movants state as follows:

1. This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 1334(b) and 157.

2. This is not a core proceeding under 28 U.S.C. § 157(b)(2)(G).

3. The creditor and counsel are in agreement that counsel will no longer represent the creditor in this case.

WHEREFORE Sheila A. Rekow Menkins and Madeline A. Trainor respectfully requests that this Court

1) grant Madeline A. Trainor and the law firm of CYRON & MILLER LLP permission to withdraw as counsel for Sheila A. Rekow Menkins; and

2) grant such other and further relief as is appropriate under the circumstances.

1

        Respectfully submitted:

        Sheila A. Rekow Menkins
        AND Counsel

/s/ Madeline A. Trainor
Madeline A. Trainor, Esq. VSB #18531
CYRON & MILLER LLP
100 North Pitt Street, Suite 200
Alexandria, VA 22314
703-299-0600; 703-299-0603 (Fax)
mtrainor@cyronmiller.com


/s/ Sheila A. Rekow Minkins (originally signed Motion located in Counsel's office)
Sheila A. Rekow Menkins

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Motion was served either by electronic notification as permitted by the Local Rules and/or the Standing Orders of this Court, or was sent by first class mail, postage prepaid, this 15th day of October, 2012 to:

        Donald F. King, Esquire
        Odin, Feldman & Pittleman, PLLC
        Chapter 7 Trustee
        9302 Lee Highway, Suite 1100
        Fairfax, Virginia 22030

        Steven B. Ramsdell, Esquire
        Tyler, Bartl, Ramsdell & Counts
        Counsel for Debtor,
        300 N. Washington Street, Suite 202
        Alexandria, Virginia 22314


        /s/ Madeline A. Trainor
        Madeline A. Trainor