UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In re: )
)
Marlin Frances REKOW ) Case No. 10-20624-BFK
) Chapter 7
Debtor )
)

## O R D E R

**UPON CONSIDERATION** of the Motion of Sheila A. Rekow Menkins and counsel to permit the withdrawal of Madeline A. Trainor and CYRON & MILLER LLP as counsel, and, for good cause shown, it is by the Court

**ADJUDGED, ORDERED and DECREED** that the Motion be and the same hereby is, granted; and it is further

**ADJUDGED, ORDERED and DECREED** that Madeline A. Trainor and CYRON & MILLER LLP be permitted to withdraw as counsel for Sheila A. Rekow and their representation is hereby terminated.

_____
ENTERED ON DOCKET        Date

_____
Brian F. Kenney
United States Bankruptcy Judge

I ask for this:


/s/ Madeline A. Trainor, Esquire
Madeline A. Trainor, VA Bar # 18531
Cyron & Miller LLP
100 North Pitt Street, Suite 200
Alexandria, VA 22314
703-299-0600
703-299-0603 (Fax)
mtrainor@cyronmiller.com


Seen and Agreed:


/s/ Sheila A. Rekow Menkins (originally signed Order located in counsel's office)
Sheila A. Rekow Menkins