UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In Re:

MARLIN FRANCIS REKOW,

    Debtor.  
SUNTRUST BANK,

Case No: 10-20624-BFK

    Plaintiff,

Chapter 7

v.

DONALD F. KING, Trustee

    Defendant.

MOTION TO CONTINUE HEARING ON MOTION FOR RELIEF AND ACCOMPANYING DEADLINES

COMES NOW the Movant, SunTrust Bank, by counsel, along with the consent of the Chapter 7 Trustee, Donald F. King, who hereby jointly move this Court for entry of an Order continuing the hearing on the Motion for Relief presently scheduled for May 15, 2013, along with the accompanying deadlines for submission of lists to the Court, on the following grounds:

1.    That SunTrust Bank is currently in the process of obtaining an appraisal of the property that is the subject of the pending Motion for Relief, and has been coordinating with the Chapter 7 Trustee, his realtor, and the ex-spouse of the Debtor who currently resides in the property, to gain access to the premises to conduct said appraisal.

Melissa M. Watson Goode, VSB #73516
Robyn D. Pepin, VSB #77784
Kelly Rae Gring, VSB #75999
Glasser and Glasser, P.L.C.
Crown Center, Suite 600
580 East Main Street
Norfolk, Virginia 23510
(757) 625-6787
Attorneys for SunTrust Bank

      2.      That, while Movant believes that gaining access to the premises is no longer an issue, given the nature of the property, it is not likely that the appraisal will be completed prior to the hearing date set by the Court. Inasmuch as the appraisal is critical evidence for a final hearing on the pending Motion for Relief, the Movant would ask that additional time be granted to obtain the appraisal and to allow for a review of same by both the Movant and the Trustee so that they might more fully investigate the possibility of a resolution of the pending Motion.

      3.      That, for the reasons hereinabove alleged, it is submitted that a continuance of the present May 15, 2013 hearing date relative to the Motion for Relief, and the accompanying deadline to submit witness and exhibit lists to the Court on or before May 1, 2013, is warranted, and furthermore, that counsel for the Movant and the Chapter 7 Trustee are in agreement with regard to same.

WHEREFORE, SunTrust Bank, by counsel, prays that this Court enter an Order continuing the hearing scheduled in this matter for May 15, 2013 to a future date at least 60 days in advance, and that the Court extend the deadline to submit the accompanying witness and exhibit lists accordingly.

                                    SUNTRUST BANK

                                      By /s/Melissa M. Watson Goode
                                          Of Counsel

## CERTIFICATE OF SERVICE

   I hereby certify that on April 29, 2013, a true copy of the foregoing Motion to Continue Hearing was submitted for electronic transmittal to Donald F. King, Trustee.

              /s/Melissa M. Watson Goode
              Melissa M. Watson Goode, VSB #73516
              Robyn D. Pepin, VSB #77784
              Kelly Rae Gring, VSB #75999
              Glasser and Glasser, P.L.C.